## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00753-VCF |
|---|---|
| Plaintiff, | **Order Directing Probation to Prepare a Criminal History Report** |
| v. | |
| KEVIN GERARDO DUBON-VALDEZ,<br>    aka "Kevin Gerardo Dubon Valdez,"<br>    aka "Kevin Gerardo Dubon,"<br>    aka "Kevin Dubon," | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 29th day of September, 2022.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE